# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2698
LT Case Nos. 2021-DP-83-C
2021-DP-83-D
2021-DP-83-G
2021-DP-83-F
2021-DP-83-E

CORRECTED

_____

G.W., FATHER OF A.W., A.W.,
K.W., K.W., and T.W.,
CHILDREN,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael Kalil, Judge.

Jennifer Cogdill, of the Law Office of Jennifer Cogdill, Fleming
Island, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services,
for Appellee, Department of Children & Families.

Sara E. Goldfarb, Statewide Director of Appeals, Sarah Todd
Weitz, B.C.S., Senior Attorney, and Sarah Weitz, Senior
Attorney, Tallahassee, for Appellee, Guardian ad Litem.

January 5, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————